B6F (Official Form 6F) (12/07)

In re  **Vahig A Kadoian,**  
      **Arpin Kerob**  
_____,  
Debtors

Case No. **2:12-bk-40239**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2612** <br><br> **Bank Of America** <br> **Attention: Recovery Department** <br> **4161 Peidmont Pkwy.** <br> **Greensboro, NC 27410** | | H | **Opened 9/01/03  Last Active 9/07/10** <br> **Credit Card** | | | | **10,314.00** |
| Account No. **xxxx6177** <br><br> **Cach, LLC** <br> **Superior Court, County of Los Angeles** <br> **600 East Broadway** <br> **Glendale, CA 91206** | X | C | | | | | **12,099.12** |
| Account No. **xxxxxxxxxxxx4690** <br><br> **Capital One, N.a.** <br> **Capital One Bank (USA) N.A.** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | | H | **Opened 1/01/06  Last Active 6/11/10** <br> **Credit Card** | | | | **1,133.00** |
| Account No. **xxxxxxxxxxxx5629** <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | H | **Opened 7/01/03  Last Active 8/13/10** <br> **Credit Card** | | | | **2,990.00** |

__4__ continuation sheets attached

Subtotal (Total of this page)   **26,536.12**

In re **Vahig A Kadoian,**
    **Arpin Kerob**

Case No. **2:12-bk-40239**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6432**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 12/01/04  Last Active  6/24/10<br>Credit Card | | | | 1,421.00 |
| Account No. **xxxxxxxxxxxx7918**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 12/01/07  Last Active  8/11/10<br>Charge Account | | | | 497.00 |
| Account No. **xxxxxxxxxxxx8597**<br><br>**Childrens Place/Citicorp Credit Services**<br>**Attn.:  Centralized Bankruptcy**<br>**P.O. Box 20363**<br>**Kansas City, MO 64195** | | H | Opened 10/01/05  Last Active  8/11/10<br>Charge Account | | | | 1,292.00 |
| Account No. **xxxxxxxxxxxx2708**<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**P.O. Box 20507**<br>**Kansas City, MO 64195** | | H | Opened  4/22/05  Last Active  7/06/10<br>Credit Card | | | | 3,921.00 |
| Account No. **xxxxxxxxxxxx5317**<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**P.O. Box 20507**<br>**Kansas City, MO 64195** | | H | Opened 10/01/06  Last Active  8/13/10<br>Credit Card | | | | 3,306.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,437.00**

In re  **Vahig A Kadoian,**
       **Arpin Kerob**

Case No. **2:12-bk-40239**

                                                                    ,
                                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9900<br><br>Discover Fin<br>Attention: Bankruptcy Department<br>P.O. Box 3025<br>New Albany, OH 43054 | | H | Opened 10/04/06  Last Active 7/26/10<br>Credit Card | | | | 2,779.00 |
| Account No. xxxxxxxx9220<br><br>Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | | H | Opened 12/01/03  Last Active 7/06/10<br>Charge Account | | | | 3,836.00 |
| Account No. xxxxxxxx9420<br><br>Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | | H | Opened 12/01/05  Last Active 7/02/10<br>Charge Account | | | | 556.00 |
| Account No. xxxxxxxxxxxx0232<br><br>Hsbc Bank<br>Attn: Bankruptcy<br>P.O. Box 5213<br>Carol Stream, IL 60197 | | H | Opened 1/05/05  Last Active 7/24/10<br>Credit Card | | | | 1,392.00 |
| Account No. xxxxxxxxxxxx7477<br><br>Portfolio Rc<br>Attn: Bankruptcy<br>P.O. Box 41067<br>Norfolk, VA 23541 | | H | Opened 3/01/11<br>Factoring Company Account Ge Money Bank F.S.B. | | | | 1,013.00 |

Sheet no. **2** of **4** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,576.00**

In re **Vahig A Kadoian,**
   **Arpin Kerob**

Case No. __2:12-bk-40239__

_____,
                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx4020**<br><br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**P.O. Box 41067**<br>**Norfolk, VA 23541** | | H | **Opened 9/01/11**<br>**Factoring Company Account Hsbc Bank Nevada N.A.** | | | | **867.00** |
| Account No. **xxxxx3499**<br><br>**Target Credit Card (TC)**<br>**C/O Financial & Retail Services**<br>**Mailstop BT P.O. Box 9475**<br>**Minneapolis, MN 55440** | | H | **Opened 8/01/08 Last Active 7/02/10**<br>**Credit Card** | | | | **469.00** |
| Account No. **xxxxxxK397**<br><br>**Toyota Motor Credit Co**<br>**Toyota Financial Services**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA 52408** | | C | **Opened 1/01/10 Last Active 5/11/12**<br>**Lease 2010 Toyota Venza** | | | | **2,125.00** |
| Account No. **xxxxxxV307**<br><br>**Toyota Motor Credit Co**<br>**Toyota Financial Services**<br>**P.O. Box 8026**<br>**Cedar Rapids, IA 52408** | | C | **Opened 3/01/07 Last Active 12/14/09**<br>**Lease** | | | | **252.00** |
| Account No. **xxxxxxxxxxxx5556**<br><br>**Unvl/citi**<br>**Attn.: Centralized Bankruptcy**<br>**P.O. Box 20507**<br>**Kansas City, MO 64195** | | H | **Opened 7/01/04 Last Active 8/13/10**<br>**Credit Card** | | | | **3,714.00** |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,427.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vahig A Kadoian,**          Case No. **2:12-bk-40239**
     **Arpin Kerob**
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3632** <br><br> **Wfnnb/New York & Compa** <br> **Attention: Bankruptcy** <br> **P.O. Box 182685** <br> **Columbus, OH 43218** |  | H | **Opened 11/09/05 Last Active 7/24/10** <br> **Charge Account** |  |  |  | **1,308.00** |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,308.00**

Total (Report on Summary of Schedules)     **55,284.12**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Daniel King** | Atty Name (if applicable): | **Daniel King** |
| Street Address: | **3435 Wilshire Blvd. Suite 1111 Los Angeles, CA 90010** | CA Bar No. (if applicable): | **207911** |
| Filer's Telephone No.: | **213-388-3887** | Atty Fax No. (if applicable): | **213-388-1744** |

In re:

**Vahig A Kadoian**
**Arpin Kerob**

Case No. **2:12-bk-40239**

Chapter **7**

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes        ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☐ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J
☐ Statement of Social Security Number(s)      ☐ Statement of Financial Affairs
☐ Statement of Intention                      ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Vahig A Kadoian and Arpin Kerob**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: **November 30, 2012**

**/s/ Vahig A Kadoian**
**Vahig A Kadoian**
*Debtor Signature*

**/s/ Arpin Kerob**
**Arpin Kerob**
*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

# **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: **November 30, 2012**        **Daniel King**
Print or Type Name

**/s/ Daniel King**
*Signature*

(SEE ATTACHED MAILING LIST.)

Cach, LLC
Superior Court, County of Los Angeles
600 East Broadway
Glendale, CA 91206

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Daniel King**<br>**Genesis Law Group, PLC**<br>**3435 Wilshire Blvd.**<br>**Suite 1111**<br>**Los Angeles, CA 90010**<br>213-388-3887 Fax: 213-388-1744<br>207911<br>☒ *Attorney for:* Debtors | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Vahig A Kadoian<br>Arpin Kerob<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |

# ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☒ Petition, statement of affairs, schedules or lists — Date Filed: 11/30/12
☒ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☐ Other: _____ — Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date   9/4/12
Signature of Signing Party
**Vahig A Kadoian**
Printed Name of Signing Party

_____    Date   9/4/12
Signature of Joint Debtor
**Arpin Kerob**
Printed Name of Joint Debtor

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    Date   11/30/12
Signature of Attorney for Signing Party
**Daniel King**
Printed Name of Attorney for Signing Party

November 2006 — This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.